UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA
Case No.: 1:25-cv-26095-RAR

Wayne Portalatin Timothy Royster
     Plaintiff(s),

vs.

Rolling Loud, LLC IPS Nationwide, Inc. South
Florida Stadium, LLC
     Defendant(s).

_____/

## PLAINTIFF'S MOTION TO COMPEL
## COMPLIANCE WITH NONPARTY SUBPOENA

COMES NOW, the Plaintiff pursuant to Federal Rule of Civil Procedure 45 and states as follows:

1.     On April 28, 2026 Plaintiff served a subpoena for production of documents pursuant to Federal Rule 45 on Miami Dade Sheriff's Office, located at 9105 NW 25 Street Doral, FL 33172. **See Exhibit A – Subpoena and Affidavit of Service.**

2.     Miami Dade Sheriff's Office has since failed to timely respond or object to the subpoena within the time period specified under Federal Rule of Civil Procedure 45(2)(B).

3.     As Plaintiffs have requested these records pursuant to a Rule 45 Subpoena, they are entitled to these records, without regard to any claim of confidentiality under Florida Statutes Section 119, which is inapplicable to Federal Subpoenas. *See Reiser v. Wachovia Corp.*, No. 6:06-cv-795-Orl-19KRS, 2007 U.S. Dist. LEXIS 42504, at *6-8 (M.D. Fla. June 12, 2007); see also

*Wait v. Fla. Power & Light Co.,* 372 So.2d 420, 425 (Fla. 1979); *B.B. v. Dep't of Children & Family Servs.,* 731 So.2d 30, 34 (Fla. 4th Dist. Ct. App. 1999).

WHEREFORE, Plaintiff requests that the Court enter an order pursuant to Federal Rule of Civil Procedure 45(2)(B)(i,j) compelling Miami-Dade Sheriff's Office's immediate compliance with the Subpoena and/or requiring Miami-Dade Sheriff's Office to appear before the Court and show cause why it has failed to comply.

**RULE 7.1 CERTIFICATION**

Undersigned counsel for Plaintiff certifies that he attempted to meet and confer with regarding the relief requested in this Motion but has not received any response to his inquiries.


CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2026, a true copy of the foregoing was served by CM/ECF E-service on all counsel or parties of record on the service list:


Counsel for Rolling Loud, LLC and South Florida Stadium, LLC
LYDECKER, LLP
CHARLES NORRIS, ESQ.
KATRINA PACHECO, ESQ.
1221 Brickell Avenue, 19h Floor
Miami, Florida 33131
(305) 416-3180 – Telephone
(305) 416-3190 – Facsimile
kpacheco@lydecker.com
cn@lydecker.com

Counsel for IPS Nationwide, Inc.
HAMILTON, MILLER & BIRTHISEL, LLP
ROBERT B. BIRTHISEL
100 S. Ashley Drive, Suite 1210
Tampa, Florida 33602
Tel: 813-223-1900 / Fax: 813-223-1933
HMB2serve@hamiltonmillerlaw.com
rbirthisel@hamiltonmillerlaw.com


PARTY BEING SUBPOENAED

Miami-Dade Sheriff's Office
9105 N.W. 25th
Street, Doral, FL 33172
jllewis@mdso.com

By:

FLORIDA LEGAL, LLC
Attorneys for Plaintiff
150 Southeast 2nd Avenue
Suite 1001
Miami, Florida 33131
(t) (305) 901-2209
(f) (786) 870-4030

/s/ Raymond R. Dieppa
Raymond R. Dieppa, Esq.
Florida Bar No. 27690
E-Mail: ray.dieppa@floridalegal.law